IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE: ALFUZOSIN HYDROCHLORIDE PATENT LITIGATION | ) ) ) ) | MDL Docket No. 08-md-1941-GMS |

**NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the following attorneys withdraw from their representation *pro hac vice* of defendant Teva Pharmaceuticals USA, Inc. ("Teva") in this matter:

        Mark D. Schuman
        Samuel T. Lockner
        Todd S. Werner
        CARLSON, CASPERS, VANDENBURGH & LINDQUIST
        225 South Sixth Street, Suite 3200
        Minneapolis, MN 55402
        Telephone: (612) 436-9600

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Karen L. Pascale*

July 9, 2008

        John W. Shaw (No. 3362) *[jshaw@ycst.com]*
        Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899
        Telephone: (302) 571-6600
        *Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

John L. North
Jeffrey J. Toney
Darcy L. Jones
SUTHERLAND, ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Telephone: (404) 853-8000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 9, 2008, I caused to be electronically filed a true and correct copies of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following:

| | |
|---|---|
| Jack B. Blumenfeld | jbbefiling@mnat.com |
| Richard L. Horwitz | rhorwitz@potteranderson.com, iplitigation@potteranderson.com, iplitigation2@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com |
| Frederick L. Cottrell, III | cottrell@rlf.com, bartell@rlf.com, cathers@rlf.com, garvey@rlf.com |
| John C. Phillips, Jr | jcp@pgslaw.com, tlb@pgslaw.com |
| David J. Margules | dmargules@BMF-law.com, jspeakman@bmf-law.com, lheritage@bmf-law.com |
| Mary Matterer | mmatterer@morrisjames.com, shadley@morrisjames.com, tpullan@morrisjames.com |
| Francis J. Murphy, Jr | fmurphy@msllaw.com |
| Philip A. Rovner | provner@potteranderson.com, iplitigation@potteranderson.com, mstackel@potteranderson.com, mcmenamin@potteranderson.com |
| John W. Shaw | jshaw@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Ivan M. Poullaos | ipoullaos@winston.com, anelson@winston.com, ecf_ch@winston.com |
| Alfred John Saikali | asaikali@shb.com |
| Stephen Jay Bronis | sbronis@carltonfields.com |

1:08-md-1941 Notice will be delivered by other means to:

Jeffery N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

I further certify that on July 9, 2008, I caused a copy of the foregoing document to be served on the below-listed counsel in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld  *jblumenfeld@mnat.com*<br>Maryellen Noreika  *mnoreika@mnat.com*<br>James W. Parrett, Jr.  *JParrett@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Plaintiffs sanofi-aventis*<br>*And sanofi-aventis US LLC* | John Desmarais  *jdesmarais@kirkland.com*<br>Gerald J. Flattmann, Jr.  *gflattmann@kirkland.com*<br>William T. Vuk  *wvuk@kirkland.com*<br>Alexis Gorton  *agorton@kirkland.com*<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>*Attorneys for Plaintiffs sanofi-aventis*<br>*and sanofi-aventis US LLC* |
| David J. Margules  *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Actavis South Atlantic LLC*<br>*and Par Pharmaceuticals Inc. (07-572-GMS)* | AXINN, VELTROP & HARKRIDER LLP<br>John Will Ongman  *JWO@avhlaw.com*<br>Sanjay B. Sitlani  *JBS@avhlaw.com*<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Chad A. Landmon  *CAL@avhlaw.com*<br>90 State House Square<br>Hartford, CT 06130-3702<br>*Attorneys for Defendants Actavis South Atlantic LLC*<br>*and Par Pharmaceuticals Inc. (07-572-GMS)* |
| Mary B. Matterer  *mmatterer@morrisjames.com*<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306<br>*Attorneys for Defendants Aurobindo Pharma Ltd. and*<br>*Aurobindo Pharma USA Inc. (07-572-GMS)* | Christine J. Siwik  *csiwik@rmmslegal.com*<br>Paul J. Molino  *pmolino@rmmslegal.com*<br>Deanne M. Mazzochi  *dmazzochi@rmmslegal.com*<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>*Attorneys for Defendants Aurobindo Pharma Ltd. and*<br>*Aurobindo Pharma USA Inc. (07-572-GMS)* |

| | |
|---|---|
| Richard L. Horwitz    rhorwitz@potteranderson.com<br>David E. Moore    dmoore@potteranderson.com<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Defendant Mylan Pharmaceuticals Inc. (07-572-GMS)* | MCGUIRE WOODS LLP<br>Timothy H. Kratz    tkratz@mcguirewoods.com<br>Robert J. Waddell, Jr.    rwaddell@mcguirewoods.com<br>Robert L. Florence    rflorence@mcguirewoods.com<br>1170 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br>Lynn E. Eccleston    leccleston@mcguirewoods.com<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215<br>*Attorneys for Defendant Mylan Pharmaceuticals Inc. (07-572-GMS)* |
| Frederick L. Cottrell, III    cottrell@rlf.com<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd. (07-572-GMS)* | Darrell L. Olson    dolson@kmob.com<br>William R. Zimmerman    bzimmerman@kmob.com<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 29614<br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd. (07-572-GMS)* |
| Philip A. Rovner    provner@potteranderson.com<br>POTTER, ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd. (07-572-GMS)* | Eric C. Cohen    eric.cohen@kattenlaw.com<br>Manotti L. Jenkins    manotti.jenkins@kattenlaw.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd. (07-572-GMS)* |
| Francis J. Murphy, Jr.    fmurphy@msllaw.com<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (07-572-GMS)* | Keith D. Parr    kparr@lockelord.com<br>Kevin M. Nelson    knelson@lockelord.com<br>David B. Abramowitz    dabramowitz@lockelord.com<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago IL 60606<br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (07-572-GMS)* |
| John C. Phillips, Jr.    jcp@pgslaw.com<br>Brian E. Farnan    bef@pgslaw.com<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Attorneys for Defendant Barr Laboratories, Inc. (07-574-GMS)* | George Lombardi    glombardi@winston.com<br>Taras Gracey    tgracey@winston.com<br>Ivan M. Poullaos    ipoullaos@winston.com<br>Kurt Mathas    kmathas@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br>*Attorneys for Attorneys for Defendant Barr Laboratories, Inc.(07-574-GMS)* |

| | |
|---|---|
| Steven E. Feldman   *sefeldman@welshkatz.com*<br>Sherry L. Rollo   *srollo@welshkatz.com*<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL 60606<br>*Attorneys for Attorneys for Defendants Apotex Inc, and Apotex Corp. (07-792-GMS)(08-347-GMS)* | Richard L. Horwitz   *rhorwitz@potteranderson.com*<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Attorneys for Defendants Apotex Inc, and Apotex Corp. (07-792-GMS) (08-347-GMS)* |
| Kelly E. Farnan   *farnan@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>*Attorneys for Defendants Wockhardt Limited and Wockhardt USA, Inc. (08-150-GMS)* | |

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

---

John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

John L. North *[John.North@sutherland.com]*
Jeffrey J. Toney *[Jeffrey.Toney@sutherland.com]*
Darcy L. Jones *[Darcy.Jones@sutherland.com]*
SUTHERLAND, ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Telephone: (404) 853-8000