IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: ALFUZOSIN HYDROCHLORIDE PATENT LITIGATION | ) ) ) ) | MDL Docket No. 08-md-1941-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorneys to represent defendant **Teva Pharmaceuticals USA, Inc.** in this matter:

>John L. North
>Jeffrey J. Toney
>Darcy L. Jones
>SUTHERLAND, ASBILL & BRENNAN LLP
>999 Peachtree Street, N.E.
>Atlanta, GA 30309-3996
>Telephone: (404) 853-8000

In accordance with Standing Order for District Court Fund, the annual fee of $25.00 will be submitted to the Clerk's Office for each attorney upon the filing of this motion

July 9, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362) [jshaw@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of John L. North, Jeffrey J. Toney, and Darcy L. Jones is GRANTED.

Date: July _____, 2008          _____
                                  CHIEF, UNITED STATES DISTRICT JUDGE

Case 1:08-md-01941-GMS   Document 6   Filed 07/09/2008   Page 2 of 9

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 7th, 2008

_____
John E. North
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
John.North@sutherland.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 7, 2008

Jeffrey J. Toney
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
Jeffrey.Toney@sutherland.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: July 7, 2008

Darcy L. Jones
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Phone: 404-853-8000
Fax: 404-853-8806
Darcy.Jones@sutherland.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on July 9, 2008, I caused to be electronically filed a true and correct copies of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following:

| | |
|---|---|
| Jack B. Blumenfeld | jbbefiling@mnat.com |
| Richard L. Horwitz | rhorwitz@potteranderson.com, iplitigation@potteranderson.com, iplitigation2@potteranderson.com, mbaker@potteranderson.com, nmcmenamin@potteranderson.com |
| Frederick L. Cottrell, III | cottrell@rlf.com, bartell@rlf.com, cathers@rlf.com, garvey@rlf.com |
| John C. Phillips, Jr | jcp@pgslaw.com, tlb@pgslaw.com |
| David J. Margules | dmargules@BMF-law.com, jspeakman@bmf-law.com, lheritage@bmf-law.com |
| Mary Matterer | mmatterer@morrisjames.com, shadley@morrisjames.com, tpullan@morrisjames.com |
| Francis J. Murphy, Jr | fmurphy@msllaw.com |
| Philip A. Rovner | provner@potteranderson.com, iplitigation@potteranderson.com, mstackel@potteranderson.com, mcmenamin@potteranderson.com |
| John W. Shaw | jshaw@ycst.com, corpcal@ycst.com, corporate@ycst.com |
| Ivan M. Poullaos | ipoullaos@winston.com, anelson@winston.com, ecf_ch@winston.com |
| Alfred John Saikali | asaikali@shb.com |
| Stephen Jay Bronis | sbronis@carltonfields.com |

1:08-md-1941 Notice will be delivered by other means to:

Jeffery N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

I further certify that on July 9, 2008, I caused a copy of the foregoing document to be served on the below-listed counsel in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| Jack B. Blumenfeld    *jblumenfeld@mnat.com*<br>Maryellen Noreika    *mnoreika@mnat.com*<br>James W. Parrett, Jr.    *JParrett@mnat.com*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PO Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Plaintiffs sanofi-aventis<br>And sanofi-aventis US LLC* | John Desmarais    *jdesmarais@kirkland.com*<br>Gerald J. Flattmann, Jr.    *gflattmann@kirkland.com*<br>William T. Vuk    *wvuk@kirkland.com*<br>Alexis Gorton    *agorton@kirkland.com*<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>*Attorneys for Plaintiffs sanofi-aventis<br>and sanofi-aventis US LLC* |
| David J. Margules    *dmargules@bmf-law.com*<br>BOUCHARD, MARGULES & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Defendants Actavis South Atlantic LLC and Par Pharmaceuticals Inc. (07-572-GMS)* | AXINN, VELTROP & HARKRIDER LLP<br>John Will Ongman    *JWO@avhlaw.com*<br>Sanjay B. Sitlani    *JBS@avhlaw.com*<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Chad A. Landmon    *CAL@avhlaw.com*<br>90 State House Square<br>Hartford, CT 06130-3702<br>*Attorneys for Defendants Actavis South Atlantic LLC and Par Pharmaceuticals Inc. (07-572-GMS)* |
| Mary B. Matterer    *mmatterer@morrisjames.com*<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>PO Box 2306<br>Wilmington, DE 19899-2306<br>*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc. (07-572-GMS)* | Christine J. Siwik    *csiwik@rmmslegal.com*<br>Paul J. Molino    *pmolino@rmmslegal.com*<br>Deanne M. Mazzochi    *dmazzochi@rmmslegal.com*<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610<br>*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc. (07-572-GMS)* |

| | |
|---|---|
| Richard L. Horwitz     *rhorwitz@potteranderson.com*<br>David E. Moore     *dmoore@ potteranderson.com*<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc. (07-572-GMS)* | MCGUIRE WOODS LLP<br>Timothy H. Kratz     *tkratz@mcguirewoods.com*<br>Robert J. Waddell, Jr.     *rwaddell@ mcguirewoods.com*<br>Robert L. Florence     *rflorence@mcguirewoods.com*<br>1170 Peachtree Street, Suite 2100<br>Atlanta, GA 30309<br><br>Lynn E. Eccleston     *leccleston@mcguirewoods.com*<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc. (07-572-GMS)* |
| Frederick L. Cottrell, III     *cottrell@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br><br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd. (07-572-GMS)* | Darrell L. Olson     *dolson@kmob.com*<br>William R. Zimmerman     *bzimmerman@kmob.com*<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 29614<br><br>*Attorneys for Defendants Ranbaxy, Inc. and Ranbaxy Laboratories Ltd. (07-572-GMS)* |
| Philip A. Rovner     *provner@potteranderson.com*<br>POTTER, ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br><br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd. (07-572-GMS)* | Eric C. Cohen     *eric.cohen@kattenlaw.com*<br>Manotti L. Jenkins     *manotti.jenkins@kattenlaw.com*<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br><br>*Attorneys for Defendants Sun Pharmaceuticals Industries Inc. and Sun Pharmaceuticals Industries Ltd. (07-572-GMS)* |
| Francis J. Murphy, Jr.     *fmurphy@msllaw.com*<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br><br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (07-572-GMS)* | Keith D. Parr     *kparr@lockelord.com*<br>Kevin M. Nelson     *knelson@lockelord.com*<br>David B. Abramowitz     *dabramowitz@lockelord.com*<br>LOCKE LORD BISSELL & LIDDELL LLP<br>111 South Wacker Drive<br>Chicago IL 60606<br><br>*Attorneys for Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (07-572-GMS)* |
| John C. Phillips, Jr.     *jcp@pgslaw.com*<br>Brian E. Farnan     *bef@pgslaw.com*<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br><br>*Attorneys for Attorneys for Defendant Barr Laboratories, Inc. (07-574-GMS)* | George Lombardi     *glombardi@winston.com*<br>Taras Gracey     *tgracey@winston.com*<br>Ivan M. Poullaos     *ipoullaos@winston.com*<br>Kurt Mathas     *kmathas@winston.com*<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL. 60601-9703<br><br>*Attorneys for Attorneys for Defendant Barr Laboratories, Inc.(07-574-GMS)* |

| | |
|---|---|
| Steven E. Feldman  *sefeldman@welshkatz.com*<br>Sherry L. Rollo  *srollo@welshkatz.com*<br>WELSH & KATZ LTD.<br>120 S. Riverside Plaza<br>22nd Floor<br>Chicago, IL 60606<br>*Attorneys for Attorneys for Defendants Apotex Inc, and Apotex Corp. (07-792-GMS)(08-347-GMS)* | Richard L. Horwitz  *rhorwitz@potteranderson.com*<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>*Attorneys for Attorneys for Defendants Apotex Inc, and Apotex Corp. (07-792-GMS) (08-347-GMS)* |
| Kelly E. Farnan  *farnan@rlf.com*<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>*Attorneys for Defendants Wockhardt Limited and Wockhardt USA, Inc. (08-150-GMS)* | |

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362) *[jshaw@ycst.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600
*Attorneys for Teva Pharmaceuticals USA, Inc.*

OF COUNSEL:

John L. North *[John.North@sutherland.com]*
Jeffrey J. Toney *[Jeffrey.Toney@sutherland.com]*
Darcy L. Jones *[Darcy.Jones@sutherland.com]*
SUTHERLAND, ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
Telephone: (404) 853-8000