**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: ALFUZOSIN HYDROCHLORIDE PATENT LITIGATION | ) ) ) ) ) | C.A. No. 08-MD-01941-GMS |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**

PLEASE TAKE NOTICE THAT, effective immediately, Welsh & Katz, Ltd., one of the

law firms representing defendants Apotex, Inc. and Apotex Corp. ("Apotex") in the above-

referenced action has changed its name to Husch Blackwell Sanders Welsh & Katz. The firm's

and its attorneys' addresses, phone numbers and fax numbers have not been affected by the

change. Please take note, however, of the new e-mail addresses for the attorneys of record

below:

      James P. White – james.white@huschblackwell.com
      Steven E. Feldman – steven.feldman@huschblackwell.com
      Sherry L. Rollo – sherry.rollo@huschblackwell.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Steven E. Feldman
Sherry L. Rollo
HUSCH BLACKWELL SANDERS WELSH & KATZ
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel: (312) 655-1500

Dated: August 11, 2008
877927 / 32533

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Counsel for Defendants*
*Apotex Inc. and Apotex Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on August 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 11, 2008, the attached document as been Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Counsel for Sanofi-Aventis and Sanofi-Aventis US LLC*

John M. Desmarais
Gerald J. Flattmann, Jr.
Alexis Gorton
William T. Vuk
Kathryn M. Liberatore
Kirkland & Ellis, L.L.P.
Citigroup Center
153 E. 53rd Street
New York, NY 10022
jdesmarais@kirkland.com
gflattmann@kirkland.com
agorton@kirkland.com
wvuk@kirkland.com
kliberatore@kirkland.com
*Counsel for Sanofi-Aventis and Sanofi-Aventis US LLC*

Alfred John Saikali
Shook Hardy & Bacon
201 S. Biscayne Boulevard
Suite 2400
Miami, FL 33131-4332
asaikali@shb.com
*Counsel for Sanofi-Aventis and Sanofi-Aventis US LLC*

David J. Margules
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
*Counsel for Actavis South Atlantic LLC and Par Pharmaceutical Inc.*

Mary Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com
*Counsel for Aurobindo Pharma Ltd.,*
*Aurobindo Pharma USA Inc.*

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
*Counsel for Barr Laboratories, Inc.*

Ivan M. Poullaos
Winston & S trawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
ipoullaos@winston.com
*Counsel for Barr Laboratories, Inc.*

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com
*Counsel for Ranbaxy Inc., Ranbaxy*
*Laboratories Limited*

Darrell L. Olson
William R. Zimmerman
Knobbe, Martens, Olson & Bear
2040 Main Street, 14th Street
Irvine, CA 92614
dolson@kmob.com
bzimmerman@kmob.com
*Counsel for Ranbaxy Inc., Ranbaxy*
*Laboratories Limited*

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com
*Counsel for Sun Pharmaceutical Industries*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Eric C. Cohen
Manotti L. Jenkins
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693
Eric.cohen@kattenlaw.com
manotti.jenkins@kattenlaw.com
*Counsel for Sun Pharmaceutical Industries*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Dr. Martha M. Rumore
Nathan D. Weber
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Martha.rumore@kattenlaw.com
Nathan.weber@kattenlaw.com
*Counsel for Sun Pharmaceutical Industries*
*Inc. and Sun Pharmaceutical Industries Ltd.*

Stephen Jay Bronis
Carlton Fields PA
100 SE 2nd Street, Suite 4000
Miami, FL 33131
sbronis@carltonfileds.com
*Counsel for Apotex Inc. and Apotex Corp.*
*(not related to PAC action)*

Francis J. Murphy, Jr.
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
fmurphy@msllaw.com
*Counsel for Torrent Pharma Inc. and Torrent*
*Pharmaceuticals Limited*

Keith D. Parr
Kevin M. Nelson
David B. Abramowitz
Scott B. Feder
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
kparr@lockelord.com
knelson@lordbissell.com
dabramowitz@lordbissell.com
sfeder@lockelord.com
*Counsel for Torrent Pharma Inc. and Torrent*
*Pharmaceuticals Limited*

Mark D. Schuman
Samuel T. Lockner
Todd S. Werner
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Ste 3200
Minneapolis, MN  55402
mschuman@ccvl.com
slockner@ccvl.com
twerner@ccvl.com
*Counsel for Teva Pharmaceuticals USA Inc.*

John W. Shaw
Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899
jingersoll@ycst.com
jshaw@ycst.com
kpascale@ycst.com
*Counsel for Teva Pharmaceuticals USA Inc.*

I further certify that on August 11, 2008, the attached document was sent via First Class

Mail to the following person(s):

Jeffrey N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Feder Judiciary Bldg.
Washington, DC  20002-8004

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

877938 / 32533/32339 (Alfi)

3