# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

———

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
MICHAEL S. NEIBURG
   (PA & NJ ONLY)
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

August 11, 2008

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
 For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

>    Re:    *In re Alfuzosin Hydrochloride Litigation,* C.A. No. 08-MD-1941-GMS
>           *Sanofi-aventis et al. v. Actavis South Atlantic LLC et al.,* C.A. No. 07-572-GMS
>           *Sanofi-aventis et al. v. Barr Laboratories, Inc.,* C.A. No. 07-574-GMS
>           *Sanofi-aventis et al. v. Apotex, Inc. et al.,* C.A. No. 07-792-GMS
>           *Sanofi-aventis et al. v. Wockhardt Limited*, C.A. No. 08-150-GMS
>           *Sanofi-aventis et al. v. Apotex, Inc. et al.,* C.A. No. 08-347-GMS
>           <u>*Sanofi-aventis et al. v. Sun Pharmaceutical Industries, Ltd. et al.,* C.A. No. 08-350-GMS</u>

Dear Judge Sleet:

   The Parties in the above referenced actions write concerning the scheduling status of the consolidated MDL proceeding *In re Alfuzosin Hydrochloride Litigation,* C.A. No. 08-MD-1941-GMS.

   On March 17, 2008, the Court held a telephone status conference, and on April 3, 2008, C.A. Nos. 07-572-GMS, 07-574-GMS, and 07-792-GMS were stayed pending the resolution of sanofi-aventis and sanofi-aventis U.S. LLC's motion for transfer of C.A. No. 07-618000 from the United States District Court for the Southern District of Florida and consolidation under 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation ("the Panel").

Young Conaway Stargatt & Taylor, LLP
The Honorable Gregory M. Sleet
August 11, 2008
Page 2

On June 9, 2008, the Panel issued a Transfer Order for coordinated or consolidated pretrial proceedings of these four actions in the United States District Court for the District of Delaware. The Florida action was subsequently transferred to this District on June 17, 2008 and assigned C.A. No. 08-347-GMS. Two related tag-along actions, C.A. Nos. 08-150-GMS and 08-350-GMS, are also pending before the Court.

A Scheduling Conference has not yet occurred in any of the actions now consolidated before the Court. Accordingly, the Parties respectfully request that the Court set a Rule 16.1 Scheduling Conference at the Court's earliest convenience so the consolidated proceedings may move forward.

Respectfully,

| | |
|---|---|
| */s/ James Walter Parrett, Jr.* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld, Esquire | Karen L. Pascale (#) |
| James Walter Parrett, Jr., Esquire | Karen E. Keller (#4489) |
| Morris, Nichols, Arsht & Tunnell LLP | Young Conaway Stargatt & Taylor, LLP |
| PO Box 1347 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| jbbefiling@mnat.com | Wilmington, DE 19801 |
| jparrett@mnat.com | (302) 571-6600 |
| | kpascale@ycst.com |
| | kkeller@ycst.com |
| *On behalf of Plaintiffs* | |
| | *On behalf of Defendants* |

cc:   Clerk of Court (by CM/ECF)